UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| LORI McGURN and TODD McGURN, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-01067-O-BP |
| | § | |
| MATTHEW DAVID LEMIRE, | § | |
| | § | |
| Defendant. | § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is hereby **ORDERED** that the United States of America be substituted as the sole defendant in Plaintiffs' wrongful death claim. This does not apply to Plaintiffs' Fourteenth Amendment claim against Defendant Matthew David Lemire.

**SO ORDERED** on this **27th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE