UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **LORI McGURN and TODD McGURN,** § § | |
| *Plaintiffs*, § § | |
| v. § § | Civil Action No. 4:22-cv-01067-O-BP |
| **MATHEW DAVID LEMIRE and THE** § **UNITED STATES OF AMERICA,** § § | |
| *Defendants*. § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

On February 12, 2024, the United States Magistrate Judge made Findings, Conclusions, and a Recommendation (ECF No. 35) in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court hereby **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, it is **ORDERED** that Plaintiffs' claim against Defendant The United States of America should be and is hereby **DISMISSED without prejudice**.

**SO ORDERED** on this **7th day** of **March, 2024**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**