IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| **LORI McGURN and TODD McGURN,** § | |
| § | |
| **Plaintiffs,** § | |
| § | |
| v. § | Civil Action No. 4:22-cv-1067-O-BP |
| § | |
| **MATTHEW DAVID LEMIRE and THE** § | |
| **UNITED STATES OF AMERICA,** § | |
| § | |
| **Defendants.** § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiffs' claim against Defendant Mathew David Lemire is **DISMISSED without prejudice.**

**SO ORDERED** this 20th day of May, 2024.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**